

# WINTHROP & WEINSTINE

August 2, 2019

Joseph M. Windler
Direct Dial: (612) 604-6646
Direct Fax: (612) 604-6846
jwindler@winthrop.com

Honorable Judge Donovan W. Frank
United States District Court Judge
724 Federal Building
316 North Robert Street
Saint Paul, MN 55101

Re:   *Jeffrey Weisen vs Andale 7700 Inc. d/b/a Andale Taqueria and Andale Taqueria Y Mercado and 7700 Partners LLC*; Case No. 19-cv-1637-DWF-DTS

Dear Judge Frank:

Pursuant to your July 30, 2019 Text Order (Doc. No. 13), Defendants Andale 7700 Inc. d/b/a Andale Taqueria and Andale Taqueria Y Mercado and 7700 Partners LLC (collectively, "Defendants") submit this letter to confirm that, in light of Plaintiff Jeffrey Weisen's First Amended Complaint, filed July 19, 2019 (Doc. No. 12), Defendants are withdrawing their Motion to Dismiss the original Complaint and for Attorneys' Fees and Costs (Doc. No. 4). Defendants intend to file a Motion to Dismiss the First Amended Complaint today, Friday, August 2, 2019, in accordance with Federal Rule of Civil Procedure 15(a)(3).

Very truly yours,

WINTHROP & WEINSTINE, P.A.

Joseph M. Windler

17706298v1